USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT CHILDRESS,

                     Plaintiffs,

-v.-

INFINITY PHARMACEUTICALS, INC. et al.,

                     Defendants.

---

23 Civ. 03715 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    The Court is in receipt of Defendant Infinity Pharmaceuticals, Inc.'s ("Infinity") October 26, 2023 notice advising that, on September 29, 2023, a voluntary petition for relief pursuant to Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), was filed in the United States Bankruptcy Court for the District of Delaware. *See* ECF No. 8.

    IT IS HEREBY ORDERED that, pursuant to section 362 of the Bankruptcy Code, Infinity is entitled to an automatic stay of this case pending further order of the Court. *See* 11 U.S.C. § 362(a)(1) (the filing of "a [chapter 11] petition . . . operates as a stay, applicable to all entities, of the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the [chapter 11] case").

    IT IS FURTHER ORDERED that, by January 31, 2024, the parties shall submit a joint letter regarding the status of the bankruptcy proceedings in *In re Infinity Pharmaceuticals, Inc.*, 23-11640 (BLS) (Bankr. D. Del.).

IT IS FURTHER ORDERED that the parties shall continue to submit status updates every ninety (90) days thereafter regarding the status of the bankruptcy proceedings and their impact on the automatic stay of this case.

The Clerk of Court is directed to stay this case.

SO ORDERED.

Dated: November 3, 2023
       New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge