UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/2/2024
```

| | |
|---|---|
| ROBERT CHILDRESS,<br><br>      Plaintiff,<br><br>vs.<br><br>INFINITY PHARMACEUTICALS, INC., SAMUEL AGRESTA, DAVID BEIER, ANTHONY EVNIN, RICHARD GAYNOR, SUJAY KANGO, ADELENE PERKINS, BRIAN SCHWARTZ, and NORMAN SELBY.<br><br>      Defendants. | Case No.: 1:23-cv-03715-JHR<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>The Clerk of Court is directed to terminate any pending motions, cancel any remaining deadlines, and close this case.  SO ORDERED.<br><br>*Jennifer H. Rearden*<br>Jennifer H. Rearden, U.S.D.J.<br>Dated: February 2, 2024 |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Robert Childress ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice.  This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment.  Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: January 31, 2024        **BRODSKY & SMITH**

                By: *Evan J. Smith*
                   Evan J. Smith
                   240 Mineola Boulevard
                   Mineola, NY  11501
                   Phone:  (516) 741-4977
                   Facsimile (561) 741-0626

                   *Attorneys for Plaintiff*